IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MONICA SCHULMANN,<br>*Plaintiff*,<br>v.<br>ROBERT J. CONRAD, ERIC KOMITEE, MARGO K. BRODIE, LAURA TAYLOR SWAIN, PAMELA K. CHEN, TAMMI M. HELLWIG, BRENDA K. SANNES, JOHN M. DOMURAD, BRENNA B. MAHONEY, and EDWARD A FRIEDLAND,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:26-CV-00279-MJT-CLS |

**ORDER OF DISMISSAL**

This proceeding was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72. On August 7, 2026, Judge Stetson issued a Report and Recommendation advising dismissal of this action under Federal Rule of Civil Procedure 41(b) because Plaintiff, a *pro se* litigant, has failed to prosecute the case by providing an incorrect mailing address to the clerk of court. *See* [Dkt. 5]; E.D. TEX. LOC. R. CV-11(d). Plaintiff did not object. As such, the Court reviews the Report and Recommendation for clear error. It finds none. Thus, the Report and Recommendation [Dkt. 5] is **ADOPTED**. Plaintiff's claims are **HEREBY DISMISSED** without prejudice pursuant to FED. R. CIV. P. 41(b). A final judgment will be entered.

**IT IS SO ORDERED**.

**SIGNED this 30th day of September, 2026.**

Michael J. Truncale
United States District Judge